■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IOULIA GUERMAN, Appellant. [65 NYS3d 687]—Judgment, Supreme Court, New York County (Michael R. Sonberg, J.), rendered July 29, 2015, convicting defendant, after a nonjury trial, of burglary in the third degree, criminal possession of stolen property in the fifth degree, petit larceny and possession of burglar's tools, and sentencing her to an aggregate term of five years' probation, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its evaluation of a store employee's testimony that he had communicated a trespass notice barring defendant from the store after a prior shoplifting incident.

We perceive no basis for reducing the sentence. Concur—Tom, J.P., Friedman, Renwick, Kahn and Kern, JJ.